| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**AHDOOT & WOLFSON**<br>**1016 PALM AVENUE**<br>**WEST HOLLYWOOD, CA 90069**<br>  TELEPHONE NO.: **310-474-9111**   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>  ATTORNEY FOR *(Name):* **SAMANTHA KIRBY** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California**<br>  STREET ADDRESS: 312 North Spring St.<br>  MAILING ADDRESS: 312 North Spring St.<br>  CITY AND ZIP CODE: Los Angeles 90012<br>  BRANCH NAME: | |
| PLAINTIFF/PETITIONER: SAMANTHA KIRBY | CASE NUMBER:<br>**2:15-CV-00820-MWF-AGRx** |
| DEFENDANT/RESPONDENT: ANTHEM, INC. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**KIRBY v. ANTHEM** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

   *BY FAX*

3. a. Party served *(specify name of party as shown on documents served):*
      ANTHEM, INC., DBA ANTHEM HEALTH, INC., AN INDIANA CORPORATION

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
      **Kirstin Edralin, PROCESS SPECIALIST, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, an Asian female approx. 18-25 years of age, 5'-5'4" tall, weighing 80-120 lbs with brown hair.

4. Address where the party was served:
   CT CORPORATION SYSTEM, 818 W SEVENTH ST, SUITE 200, LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **02/09/2015** at *(time):* **2:43 PM**

   b. [ ] **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*
      from *(city):*                             or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: SAMANTHA KIRBY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANTHEM, INC. | 2:15-CV-00820-MWF-AGRx |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify)*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **Mario Lopez**
  b. Address: **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
  c. Telephone number: **213-621-9999**
  d. The fee for service was: **$ 59.50**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:

      (i) ☐ owner ☐ employee ☒ independent contractor.  For: **ABC Legal Services, Inc.**
      (ii) ☒ Registration No.: **5986**  Registration #: **6779**
      (iii) ☒ County: **Los Angeles**  County: **Los Angeles**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2/10/15

**Mario Lopez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(SIGNATURE)*

BY FAX

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2
Tracking #: 0006034763

REF: **KIRBY v. ANTHEM**