| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**AHDOOT & WOLFSON**<br>**1016 PALM AVENUE**<br>**WEST HOLLYWOOD, CA 90069**<br>  TELEPHONE NO.: 310-474-9111      FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*:  SAMANTHA KIRBY | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California**<br>  STREET ADDRESS:  312 North Spring St.<br>  MAILING ADDRESS:  312 North Spring St.<br>  CITY AND ZIP CODE:  Los Angeles 90012<br>  BRANCH NAME: | |
| PLAINTIFF/PETITIONER: SAMANTHA KIRBY | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ANTHEM, INC. | **2:15-CV-00820-MWF-AGRx** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**KIRBY v. ANTHEM** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

   BY FAX

3. a. Party served *(specify name of party as shown on documents served)*:
      **THE ANTHEM COMPANIES, INC., AN INDIANA CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **Kirstin Edralin, PROCESS SPECIALIST, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, an Asian female approx. 18-25 years of age, 5'-5'4" tall, weighing 80-120 lbs with brown hair.

4. Address where the party was served:
   **CT CORPORATION SYSTEM, 818 W SEVENTH ST, SUITE 200, LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **02/09/2015** at *(time)*: **2:45 PM**

   b. [ ] **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                              or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2<br>
Form Adopted for Mandatory Use<br>
Judicial Council of California POS-010 [Rev. January 1, 2007]<br>
**PROOF OF SERVICE OF SUMMONS**<br>
Code of Civil Procedure. § 417.10<br>
Tracking #: 0006034795<br>
REF: KIRBY v. ANTHEM

| PLAINTIFF/PETITIONER: SAMANTHA KIRBY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANTHEM, INC. | 2:15-CV-00820-MWF-AGRx |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name:             **Mario Lopez**
   b. Address:          **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
   c. Telephone number: **213-621-9999**
   d. The fee for service was: **$ 40.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)   ☐ owner  ☐ employee  ☒ independent contractor.  For: **ABC Legal Services, Inc.**
         (ii)  ☒ Registration No.: **5986**                     Registration #: **6779**
         (iii) ☒ County:         **Los Angeles**                County:        **Los Angeles**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2/10/15


**Mario Lopez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

BY FAX

