Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
Bradley K. King, SBN 274399
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

John A. Yanchunis (*pro hac vice* application filed)
jyanchunis@forthepeople.com
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505; Fax: (813) 223-5402

Attorneys for Plaintiff,
SAMANTHA KIRBY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA KIRBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM, INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-00820-MGW-AGR<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1016 Palm Avenue, West Hollywood, California 90069. On February 17, 2015, I served the foregoing document(s) described as:

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* (CORRECTED, DKT. 29)

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* (DKT. 29-1)

on the interested parties in this action by delivering a true copy thereof addressed as follows:

| | |
|---|---|
| Anthem, Inc., d/b/a Anthem Health, Inc.<br>c/o C T Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 | The Anthem Companies Of California, Inc.<br>c/o C T Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 |
| The Anthem Companies, Inc.<br>c/o C T Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 | Anthem Blue Cross Life And Health Insurance Company<br>c/o C T Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 |

[X] **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at West Hollywood, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on February 17, 2015, West Hollywood, California.

/s/ Bradley K. King